JUDGE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR11-260-RAJ |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL |
| MONROE JAMES EZELL, | ) | |
| Defendant. | ) | |

The Court having considered the Defendant's Unopposed Motion for Withdrawal and for Substitution of Counsel, and the accompanying *ex parte* Sealed Affidavit of Counsel, and finding good cause,

IT IS ORDERED that Defendant's Unopposed Motion for Withdrawal and Substitution of Counsel (Dkt. #89) is GRANTED.  The Federal Public Defender and Assistant Federal Public Defender Russell V. Leonard, are permitted to withdraw as defense counsel in this matter, and that new defense counsel shall be appointed to represent the defendant from the CJA Panel.

Withdrawing counsel shall notify the CJA Panel coordinator immediately of this Order.

DATED this 25th day of October, 2016.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING WITHDRAWAL
& SUBSTITUTION OF COUNSEL
(*U.S. v. Monroe J. Ezell*; CR11-260-RAJ)  - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100